UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 08-CR-0361 (PJS) |
| Plaintiff, | |
| v. | **ORDER FOR EXTENSION OF TIME TO SUBMIT OBJECTIONS TO THE PRESENTENCE INVESTIGATION REPORT** |
| BRETT A. THIELEN, | |
| Defendant. | |

This matter is before the Court on defendant's Second Motion for Extension of Time to File Objections to the Presentence Investigation Report [Docket No. 12]. The defendant is seeking one-month extension. The United States joins in the request. Based upon all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. Defendant's Second Motion for Extension of Time to File Objections to the Presentence Investigation Report [Docket No. 12] is **GRANTED**.

2. The parties shall submit any written correspondence identifying objections and proposed amendments to the presentence report to probation by August 24, 2010.

Dated:     07/20/10                         s/Patrick J. Schiltz
                                            Patrick J. Schiltz
                                            United States District Judge